IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH JAY RANEY, SR.,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 15-cv-639-wmc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Kenneth Jay Raney, Sr.'s motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 and dismissing this case.

    /s/　　　　　　　　　　　　　　　　　　6/2/2017

Peter Oppeneer, Clerk of Court　　　　　　　　　Date